Sonia Ordonez (Pro se) Plaintiff
406 East Broadway # 150
Salt Lake City, Utah 84111
Tel. 801-982-0406
Email Soniabuu@hotmail.com

FILED
U.S. DISTRICT COURT

2018 FEB 21  ⊃ 1: 12

DISTRICT OF UTAH

DEPUTY CLERK

## IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH
## CENTRAL DIVISION

| | | |
|---|---|---|
| SONIA ORDONEZ<br>Plaintiff; | : | **PLAINTIFF'S MOTION FOR STAY<br>PENDING APPEAL** |
| | : | |
| Vs. | : | Case No. (2:13-cv-00067) |
| | : | |
| | : | District Judge Dale A. Kimball |
| | : | |
| AIR SERV CORPORATION<br>Defendant; | : | Magistrate Judge Evelyn J. Furse |
| | : | |

Honorable Judicial Committee, Sonia Ordonez, as a Plaintiff, respectfully move this Court for a Motion to stay and/or suspend any proceeding pending appeal, this, pursuant to Fed. R. App. P. 8; Loc. R. 8, in order to avoid unnecessary proceedings while the appellate court definitively resolves my pending appellation, in support of this motion, I as Plaintiff, state as follows:

1.)     On January 24, 2013, according to records, I filed in the United States District Court for the District of Utah, charges of Sexual Harassment in discrimination basis, against Air Serv Corporation now know, as ABM Aviation Inc. **[ECF No. 1]**


2.)     On October 30, 2017, records indicated that, Judge Kimball in his Memorandum, Decision, and Order Overruling the Report and Recommendation issued by the Magistrate Furse, on September 8th, 2017, granting summary judgment to Air-Serv Corporation, now known as ABM Aviation Inc., **[ECF No. 146].**

1

3.)     On November 29, 2017, records show that, a notice of appeal has been filed since November 29, 2017, in United States Court of Appeals for the Tenth Circuit Case No. 17-4188. **[ECF No. 150].**

4.)     On January 29, 2018, Judge Kimball issues a Memorandum Decision and Order Denying my Motion to Reconsider **[ECF No. 162].**

5.)     On January 29, 2018, Judge Kimball attach a Judgment in a civil case issued an ordered and adjudge that Plaintiff's action is dismissed with prejudice **[ECF No. 163].**

6.)     On January 30, 2018, the United States District Appellate Panel of the Tenth Circuit, sent me an order opening my appeal against the decision of the Judge Kimball in the District Court in the merit judgment Case No. 17.4188, even the court has established a briefing schedule. **[ECF No. 162].**

7.)     On February 12, 2018, according to records Air Serv Corporation, now know as ABM Aviation Inc. filed a series of documents by the name Bill of Costs **[ECF No. 162].**

Therefore, in order to avoid unnecessary proceedings while the appellate court definitively resolves my pending appellation:

Specifically, I request a stay of:

2

(1)     All the latest movements and proceedings filed in the Court since November 29, 2017, and all the Adversary Proceeding, pending the outcome of my appeal of the Court's Orders dated on October 30, 2017. **[ECF No. 146].**

(2)     Any activity in any of adversary proceedings while the appeal is pending. Therefore, I had appealed the Court's Order dated on October 30, 2017. **[ECF No. 146].** And the appeal is now pending in the United States Appellate Panel of the Tenth Circuit, Case No. 17.4188. This Court has authority to grant the requested stay pursuant to Fed. R. App. P. 8; Loc. R. 8, and the Court's own inherent authority.

The Motion for Stay Pending Appeal, filed concurrently herewith, the stay should be granted to avoid unnecessary proceedings while the appellate court definitively resolves my pending appellation.

WHEREFORE, Sonia Ordonez as a Plaintiff, Pro se, prays that this Court will enter an order to stay the proceedings so that I can continue my case to the Court of Appeals for review.

I respectfully submit this Motion, as a Plaintiff, Pro se, on Wednesday 21th day of February, 2018.



Ordonez Sonia
(Pro se) Plaintiff

3

## **CERTIFICATE OF SERVICE**

I hereby certificate that on the on Wednesday 21th day of February, 2018, I served

the foregoing Plaintiff's Motion For Stay Pending Appeal, was served upon the person

named below, via email address set out below.


Thomas, Ethan D.
Rick D. Roskelley
Littler Mendelson, P.C. (Las Vegas)
3960 Howard Hughes Pkwy Ste 300
Las Vegas, NV 89169-5937
EDthomas@littler.com
RRoskelley@litter.com


_____
Ordoñez Sonia
(Pro se) Plaintiff

4